UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMMEL D. MEDINA VASQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF, *Fresno County Jail*; *et al.*,<br><br>Defendant. | No. 1:20-cv-00557-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR ACCESS TO THE LAW LIBRARY<br><br>(Doc. Nos. 9, 11) |

Plaintiff Rommel D. Medina Vasquez is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 21, 2020, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for access to the law library be denied at this time.  (Doc. No. 11.)  The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days of service.  (*Id.*)  No objections have been filed, and the time to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

/////

1

court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on May 21, 2020 (Doc. No. 11) are adopted; and
2. Plaintiff's motion for access to the law library (Doc. No. 9) is denied without prejudice.

IT IS SO ORDERED.

Dated:   **June 23, 2020**                                    /s/ Dale A. Drozd
                                                                                 UNITED STATES DISTRICT JUDGE