UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMMEL D. MEDINA VASQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF, et al.,<br><br>Defendant. | No. 1:20-cv-00557-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 20) |

Plaintiff Rommel D. Medina Vasquez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 24, 2021, the assigned magistrate judge issued findings and recommendations recommending that the instant action be dismissed for failure to state a cognizable claim for relief. (Doc. No. 20.) The findings and recommendations were served on plaintiff and contained notice that objections thereto were to be filed within fourteen (14) days. No objections have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly,

1. The March 24, 2021 findings and recommendations (Doc. No. 20) are adopted in full; and
2. The instant action is dismissed for failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated: **May 3, 2021**

                                                UNITED STATES DISTRICT JUDGE